F₁ 50
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 16 PM 12: 43

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**BETTY BRADFORD**                              CIVIL ACTION

**versus**                                      No.  04-1663

**THE GREAT ATLANTIC & PACIFIC**                SECTION: I/1
**TEA COMPANY, _d/b/a_ SAV-A-CENTER**

### ORDER AND REASONS

Before the Court is an objection to the report and
recommendation of United States Magistrate Judge Sally Shushan
denying plaintiff's motion for trial transcripts at the
government's expense.[1]  For the following reasons, plaintiff's
objection is **DENIED.**

A district court will disturb a magistrate's ruling on a
non-dispositive matter only when the ruling is clearly erroneous
or contrary to law.  28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P.
72(a); _see_ 14 MOORE'S FEDERAL PRACTICE § 72.02 (3d ed. 2002).  The
party challenging the magistrate judge's action in a non-
dispositive matter has the burden of "showing that the

---

[1] Rec. Doc. No. 48, plaintiff's objection.  _See_ Rec. Doc. No. 45, motion
for transcripts at government expense.



Magistrate's ruling was clearly erroneous or contrary to law."
*Granito v. Sunu*, 594 F. Supp. 410, 413 (D. Haw. 1984).
Plaintiff's objection to the magistrate's ruling appears to be
based on the claim that the testimony at trial was different than
what was alleged in the final pretrial order.[2]  Plaintiff does
not claim that the magistrate's ruling was clearly erroneous or
contrary to law.  Furthermore, in her motion requesting
transcripts at government expense, plaintiff did not identify the
basis for her appeal.  Nevertheless, the magistrate judge
recognized that the primary issue for the jury was the
credibility of certain witnesses, namely plaintiff and the
assistant manager of Sav-A-Center, which the jury resolved for
the defendant.  The magistrate judge, therefore, did not
recommend certifying that the appeal is not frivolous because
"[t]he proceedings do not demonstrate that there is a substantial
question presented by Bradford's appeal."  *See* Report and
Recommendation, Rec. Doc. No. 47.  Accordingly,

**IT IS ORDERED** that plaintiff's objection to the Magistrate's
Report and Recommendation (Rec. Doc. No. 48) is **DENIED**.

After considering the record, the applicable law, and the
Report and Recommendation of the United States Magistrate Judge,
the Court hereby approves the Report and Recommendation and

---

[2] Plaintiff does not explain how any alleged difference between the
amended pretrial order and the testimony at trial would create an issue for
appeal.

-2-

adopts it as its own.  Accordingly,

   **IT IS FURTHER ORDERED** that Bradford's motion for trial transcripts at government expense is **DENIED.**

   Houston, Texas, November __15__ , 2005.


_____
              **LANCE M. AFRICK**
        **UNITED STATES DISTRICT JUDGE**

-3-